DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TONY VALENCIA-SOSA,**
Appellant,

v.

**WAL-MART STORES EAST, LP,**
Appellee.

No. 4D18-847

[October 4, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502016CA009876AE.

Tony Valencia-Sosa, West Palm Beach, pro se.

Daniel J. Santaniello and Daniel S. Weinger of Luks, Santaniello, Petrillo & Jones, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST, JJ., and HILAL, Jennifer, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***